FILED

LODGED

2012 SEP -5 PM 1:40

2012 AUG 29 PM 3:38

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

DAVIT BEKTASHYAN

BY _____

**PLAINTIFF(S)**

V.

GREATER CALIFORNIA FINANCIAL SERVICES, INC.,
ET AL

**DEFENDANT(S)**

| CASE NUMBER | BY _____ MAP |
| --- | --- |
| **CV12- 7445 UA (DUTYx)** | |

**ORDER RE LEAVE TO FILE ACTION WITHOUT**
**PREPAYMENT OF FILING FEE**

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____
Date

_____
United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

- [✔] Inadequate showing of indigency.
- [ ] Legally and/or factually patently frivolous
- [ ] Other:

- [ ] District Court lacks jurisdiction.
- [ ] Immunity as to _____

Comments: Plaintiff did not properly respond to Question 5.

_____8-30-12_____
Date

_____F___ M. ___
United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:

- [ ] **GRANTED**
- [✔] **DENIED** (See comments above).

_____8/31/12_____
Date

_____
United States District Judge
ACJ