NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ARSHAK BARTOUMIAN (SBN 210370)
OMNIA LEGAL, INC  TEL. 818-532-9339
124 W STOCKER ST STE B, GLENDALE, CA 91202



ATTORNEYS FOR: DAVIT BEKTASHYAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DAVIT BEKTASHYAN, an idividual | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | CV12-7445 |
| GREATER CALIFORNIA FINANCIAL SERVICES, INC., A California Corporation WELLS FARGO BANK N.A., A National Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for DAVIT BEKTASHYAN
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

DAVIT BEKTASHYAN  PLAINTIFF
GREATER CALIFORNIA FINANCIAL SERVICES, INC.,  DEFENDANT
WELLS FARGO BANK N.A.  DEFENDANT



AUGUST 29, 2012
Date

Sign

ARSHAK BARTOUMIAN
Attorney of record for or party appearing in pro per